# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **PHILIP GIEBER** | ) |
| | ) |
| **Plaintiff** | ) |
| vs. | ) Civil Case No. 06-0511-CV-W-DW |
| **JO ANNE BARNHART,** | ) |
| **Commissioner of Social Security** | ) |
| | ) |
| **Defendant** | ) |

__X__ **Decision by Court.** This action came before the Court as a briefed matter. The issues have been reviewed and a decision has been rendered.

**ORDERED**: After careful examination of the record, the Court finds that the ALJ's decision is supported by substantial evidence on the record as a whole. Therefore, the Commissioner's decision denying Plaintiff's disability benefits is AFFIRMED.

| | |
|---|---|
| June 28, 2007 | Patricia Brune |
| Date | Clerk |
| | By: /s/ Y. Johnson |
| | Deputy Clerk |